**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:94cr03104-02/RV

VERNON LANG COMER

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on __April 7, 2009__

Motion/Pleadings:  __MOTION to Reduce Sentence (re Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582)__

Filed by __Defendant__ on __10/31/2008__  Doc.# __124__

RESPONSES:

United States _____ on __12/18/2008__  Doc.# __127__

_____ on _____  Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                   s/Jerry Marbut

LC (1 OR 2)               Deputy Clerk: Jerry Marbut

**ORDER**

Upon consideration of the foregoing, it is ORDERED this __8th__ day of __April__, 2009, that:

(a)  The requested relief is DENIED.
(b)  __The Defendant is not eligible for a sentence reduction under Amendments 706 and 711.__
(c)  __The amendments do not affect the Defendant's sentencing guideline range.__

                                   /s/ *Roger Vinson*
                                   ROGER VINSON
                                   SENIOR UNITED STATES DISTRICT JUDGE